7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* TRY US, LLC
*Debtor*

**TRY US, LLC**
**Montgomery Bank**
    Plaintiff(s)

*Bankruptcy Case No.*
12–60553–abf11

*Adversary Case No.*
12–06042–abf

v.

**Realco, Inc.**
**Charles D. Hamilton, Trustee of the Charles D Hamilton**
**Revocable Trust dated July 15, 1995**
**Charles D. Hamilton and Brett Bruner, Trustees of the**
**RealCo, Inc. Charitable Remainder Trust dated July 9,**
**2004**
**Charles D. Hamilton, Trustee of the Charles D. Hamilton**
**Charitable Remainder Trust**
**Montgomery Bank**
**TRY US, LLC**
**Morgan C. William**
**TRY US, LLC**
**TRY US, LLC**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: Judgment is hereby entered in accordance with the Consent Judgment, Document No. 61, entered in the above styled adversary proceeding on 4/1/2013.



Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 4/1/13

Court to serve